**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| MARQUIS CATTLE COMPANY, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHUCK MURDOCH d/b/a C&M CATTLE and GARY SPIELMAN d/b/a G&M AGVENTURE,<br><br>Defendants. | Cause No.  CV-19-87 GF-JTJ<br><br><br>**ORDER ADOPTING STIPULATION** |

The parties have filed a Stipulation to Amend Joint Discovery Plan for Jurisdictional Discovery on March 1, 2021. Based upon that Stipulation and good cause appearing, it is hereby ordered that the Joint Discovery Plan for Jurisdictional Discovery is amended as follows:

1. The parties shall have until May 3, 2021, to complete jurisdictional discovery which includes, but may not be limited to, depositions, written discovery, and third-party subpoenas.

2.  The parties shall simultaneously file supplemental jurisdictional briefing and notify the Court as to whether a formal hearing is requested on or before May 17, 2021.

All other matters in the Joint Discovery Plan for Jurisdictional Discovery unchanged by the parties Stipulation shall remain the same.

DATED this 1st day of March, 2021.

_____

John Johnston
United States Magistrate Judge