IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARQUIS CATTLE COMPANY, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHUCK MURDOCK d/b/a C&M CATTLE and GARY SPIELMAN d/b/a G&M AGVENTURE,<br><br>Defendants. | CV-19-87-GF-JTJ<br><br>**ORDER** |

Upon the Stipulation to Request Mediation and Stay Filing Deadlines Until Mediation is Concluded (Doc. 54) and with good cause shown, **IT IS HEREBY ORDERED** that this case is **STAYED** pending a settlement conference.

**IT IS ALSO ORDERED** that this case is referred to United States Magistrate Judge Kathleen L. DeSoto for the limited purpose of conducting a settlement conference. Judge DeSoto will make arrangements for setting the settlement conference.

The Clerk of Court shall give notice of the entry of this Order to Judge

-1-

DeSoto and the parties.

DATED this 20th day of September, 2021.

_____
John Johnston
United States Magistrate Judge