IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARQUIS CATTLE COMPANY, a Montana corporation., <br><br> Plaintiff, <br><br> vs. <br><br> CHUCK MURDOCK d/b/a C&M CATTLE and GARY SPIELMAN d/b/a G&M AGVENTURE, <br><br> Defendants. | CV-19-87-GF-JTJ <br><br> **ORDER** |

The Court has been informed that Plaintiff and Defendant, Gary Spielman have settled during a settlement conference conducted by Magistrate Judge Kathleen L. DeSoto. Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff and Defendant, Gary Spielman, shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before December 15, 2021, or show good

-1-

cause for their failure to do so.

DATED this 15th day of November, 2021.

/s/ John Johnston
John Johnston
United States Magistrate Judge