# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MARQUIS CATTLE COMPANY, a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHUCK MURDOCK d/b/a C&M CATTLE and GARY SPIELMAN d/b/a G&M AGVENTURE,<br><br>Defendants. | Cause No. CV-19-87 GF-BMM-JTJ<br><br><br>**ORDER** |

Plaintiff Marquis Cattle Company and defendant Gary Spielman d/b/a G&M Agventure have filed a stipulation to extend the time an additional two weeks for MCC to dismiss its claims against Spielman. Accordingly,

**IT IS HEREBY ORDERED** that MCC and Spielman shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before December 29, 2021 or show good cause for their failure to do so.

DATED this 16th day of December, 2021.

_____
John Johnston
United States Magistrate Judge